FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

02 SEP 24  PM 3: 35

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| CARL R. JACKSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL MOORE, Commissioner Florida Department of Corrections in both his individual and official capacity  (1)<br>BOB ANDERSON, Correctional Probation Officer in both his individual and official capacity (2)<br> STEVEN D. FELKER, Correctional Probation Officer in both his official and individual capacity (3)<br> CRISTINE K. VOGEL, in her former position as Assistant State Attorney both individual and her official capacity. (4)<br> SCOTT MC CLUSKEY, Former Assistant Public Defender (5)<br> CITY OF TAMPA, (6)<br> CAPT. B. HOLDER in both past and present ranking /and in his individual and | Case No.: 8:02 CV 1729-T-17 EAJ<br><br>**1983 CIVIL RIGHTS  COMPLAINT**<br><br>**DEPRAVATION OF  RIGHTS**<br><br>**BY LAW ENFORCEMENT OFFICIALS** |

-1-



| | |
|---|---|
| official capacity. (7) | ) |
| | ) |
| John Hardy (8) | ) |
| | ) |
| Defendant's | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Now Comes Plaintiff Carl R. Jackson in the above entitled Civil action and sues Defendants Florida Department of Corrections, Secretary Michael Moore et, al.

## Jurisdiction

1. This is an action for damages which exceed $15,0000

2. This Court has Jurisdiction pursuant to 42 U.S.C. 1983

3. That the conduct of defendant's is the proximate cause of repeated violations of Plaintiffs Federal Protected Constitutional rights as secured to the Plaintiff pursuant to the Sixth Amendment to the United States Constitution and the Fourteenth Amendment to the Constitution.

4. Defendant's actions have created a liberty interest.

5. That as a result of defendant's conduct plaintiff has been made to suffer in health reduced capacity for enjoyment of live, emotional distress, and loss of past, present, and future income earnings.

## PARTIES

Plaintiff would state that at all times relevant he was a citizen of the United States of America and is entitled to the protection provided to it's citizens by the United States Constitution. Plaintiff is a current resident of the State of Florida.

## COUNT 1

On or about December 12,1991 Defendants, Correctional Probation officer Bob Anderson, Assistant State Attorney Christine K. Vogel, Public Defender Scott M. Mc Cluskey did form a meeting of minds to conspire to instigate and cause plaintiff to be subjected to unnecessary additional judicial proceeding of two fold medical examination for purpose of delay and deprivation of plaintiff right to a speedy trial as guaranteed to the plaintiff by the Sixth Amendment to the United States and applicable to the State of Florida pursuant to the Fourteenth Amendment to the United States Constitution.

## COUNT 2

That on or about December 12, 1991, Defendants, Vogel, Mc Cluskey did form the meeting of minds to conspire to defeats plaintiffs' right to have effective assistance of counsel as secured to the plaintiff by Sixth Amendment to the United States Constitution.

## COUNT 3

That on or about December 16,1991 Defendant's Vogel, Mc Cluskey, and John Hardy did form the meeting of minds to obstruct the administration of justice by interference with lawful service of subpoena upon material witness Hoggan in state proceeding in order to defeat plaintiff's right to have compulsory process for obtaining witnesses in his favor.

## COUNT 4

That on or about March 2, 1992 defendants, Vogel, and Hardy did form meeting of mind to conspire to interfere with the service of lawfully issued subpoena upon a material witness plaintiffs in violation of plaintiffs right to have compulsory process for obtaining witness in his favor and obstruct the Administration of Justice.

## COUNT 5

That on or about March 8, 1992 defendants, Anderson, Vogel, and Tampa police officer Capt. B. Holder did conspire to interfere with the attendance of material witness Hoggan whose testimony at trial was required for purpose of giving truthful testimony in the plaintiffs state proceeding Case No: 91-14667 that impeachment of statements made by said material witness Hoggan as permitted under the Florida Code of Evidence was crucial and would have been favorable to earlier statements and show evidence as to the character of said witness and evidence of other crimes that may have been committed by witness Hoggan and his co-defendant Tara L. Anderson.

## COUNT 6

That Defendant City of Tampa had owed a duty to citizen plaintiff to properly supervise Capt. B. Holder in his official conduct as a Tampa Police officer that on or about March 9, 1992 said defendant City of Tampa did breach its duty to citizen plaintiff by failing to supervise the unlawful conduct of defendant B. Holder.

## COUNT 7

That on or about July 1998, defendants Anderson, and Felker did conspire to have criminal charges to be filed against plaintiff in attempt t to compromise the terms and condition of plaintiffs probation thus creating a liberty issue for the plaintiff in violation plaintiffs right to life, liberty, and pursuit of happiness as secured to plaintiff by the Fourteenth Amendment to the United States Constitution.

## COUNT 8

That as a result of his probation status Defendant governmental agency Florida Department of Corrections and its Secretary Michael Moore owed a duty of care to plaintiff that on or about July 10, 1998 Defendant Florida Department of Corrections and its Secretary did breach that duty to by negligently failing to protect plaintiff from the unlawful conduct of Defendant employees Anderson, and Correctional Probation officer Steven D. Felker.

## CLAIM FOR RELIEF

**WHEREFORE,** Plaintiff Carl R. Jackson demands judgment against defendants, for actuarial damages, including punitive damages, if applicable together with interest, cost of this action, any applicable attorney fees and whatever other and future relief this honorable court deems appropriate. Plaintiff further demands a trial by jury of all issues triable as of right by a jury.moves that this Honorable Court award plaintiff.

Respectfully submitted this the 24th day of the year 2002.

By: _____

Carl R. Jackson

112 West Stanley Street

Tampa, Florida 33604

813-237-2322